IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:08CR181 |
| | ) | |
| LULA MORA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the government's motion to continue trial (Doc. 18). A continuance is requested because the parties are actively involved in attempting to settle the case. The trial was previously continued for this reason, and the parties have not shown good cause for a further extension of the trial date.

**IT IS ORDERED** that the motion to continue trial (Doc. 18) is denied, and the trial of this matter remains set for October 7, 2008.

Pursuant to NECrimR 57.2, a party may appeal this order by filing an "Appeal of Magistrate Judge's Order" no later than **12:00 noon on Friday, October 3, 2008.**

**DATED October 2, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**